IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:09cv031

| | |
|---|---|
| LEA ANNE RHYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* upon the Court's review of the Plaintiff's Motion for Summary Judgment [Doc. 8] and the Defendant's Motion for Summary Judgment [Doc. 11].

The Court notes that the Appeals Council received and made part of the record Exhibit AC-1, consisting of a letter from Plaintiff dated 2/18/09 and a CD. That action is found at page 4 of the administrative transcript of this matter. The Court's copy of the administrative transcript does not contain a CD. From review of the letter, the Court infers that the CD may contain "a copy of an x-ray that was taken in 2001" by Dr. Rebecca Perry.

It is not clear whether that phrase refers to a radiologist's interpretive report of such x-ray, or the actual radiographic image. The Court could consider the former, but not the latter. From a review of Defendant's brief, it appears that the material from the CD is present in the administrative transcript of this matter at pages 296-297. The Court's copy of the administrative transcript ends with page 295; from this it appears that the Court's copy of the administrative transcript lacks at least two of the pages present in the Defendant's copy.

**IT IS, THEREFORE, ORDERED** that the parties shall respond within 10 days of the entry of this Order, indicating whether the material from the CD that was part of the Appeals Council's Exhibit AC-1 is necessary and appropriate for the Court's consideration in this judicial review; and if the material is available, provide it to the Court as an exhibit to their responses. Defendant is instructed to clarify the full length of the administrative transcript, and ensure that Plaintiff and the Court have full, certified copies of said transcript that conform to Defendant's copy. Plaintiff is instructed that her response shall be in writing only, submitted through the Clerk, and not accompanied by any contact directed to the undersigned.

**IT IS FURTHERED ORDERED** that the Clerk is instructed to enclose

a copy of pages 4 and 5 of the administrative transcript in its transmission of this Order to the Plaintiff, who acts *pro se* in this matter.

**IT IS SO ORDERED.**

Signed: March 16, 2010

Martin Reidinger
United States District Judge