Social Security Administration
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

## ORDER OF APPEALS COUNCIL

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| Lea Anne Rhyne | |
| (Claimant) | |
| | 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 |
| (Wage Earner) | (Social Security Number) |

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

Exhibit AC-1     Letter from the claimant dated 2/18/09 and a CD.

Date:    APR - 3 2009

4

Lea Anne Rhyne
SS# 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
29 Mamas Way
Murphy, NC 28906
828-837-6430
February 18, 2009

ODAR - OAO - PRB8
Attn: Appeals Council Review
Room 1102
5107 Leesburg Pike
Falls Church, VA 22042

Dear Review Board;

Please find attached a copy of an x-ray that was taken in 2001. This x-ray was taken due to chest congestion. The physician, Dr. Rebecca Perry, asked me at the time if I knew that my back was in such condition. This confirms my scoliosis which in the letter of denial was referred to as alleged. Dr. Teresa Heavner mentioned that backs can curve due to spasms and that they look like they have scoliosis. This x-ray was not taken to diagnose back pain, it was taken due to chest congestion.

This evidence was supposed to be sent with my records before the hearing with Judge Spidel but since I was not allowed to assess the evidence prior to the hearing, I didn't know it was not available to His Honor.

Since this started, I have felt that my integrity has been challenged. I want to repeat what I said in my appeal letter. I do not lie. My representative is my husband, Pastor Vance Rhyne, and he does not lie. I am not able to work. I have numerous maladies that prohibit me from working. I know that it is people like me that Social Security Disability was created for. To rundown the list, it is as follows

> 1. **Scoliosis** - I can not lift over 5 lbs without pain. The pain takes my breath away. I have constant pain in my chest where my ribs are out of alignment due to the curve in my spine. My lower back (which does not show in the x-ray) is also curved and causes me pain sitting and standing.
> 2. **Arthritis** - Without the money to go to the doctor for diagnosis, I can only go by the sound and pain in my joints. My neck, hands, hips, knees, and feet. The movement in my neck is hindered due to the fact that it is straight instead of curved. The pain in my hips, knees and feet do not allow me to sit for long or stand for long or walk for long. A doctor once told me that the pain in my chest was arthritis in my breast bone where the ribs attach
> 3. **Diabetes, Hypertension, High Cholesterol** - I am being treated for the diabetes but I don't have the money for test strips to know how it is doing. I have been diagnosed with high blood pressure and high cholesterol but can not afford to see a doctor for further treatment.
> 4. **The latest problem** I have had is dizziness and nausea. Sunday evening I became so dizzy that I vomited. Since then I have been light headed and nauseous. I can not go to a doctor because I have no money to pay. I don't know if it is the diabetes, hypertension, or what.

With the new problems and all the existing problems you must see that I need to be approved for my disability. I know that God has His hand on this and that He also is waiting on your decision to be able to help me through a physician. We need to have a decision as soon as possible because I need to get to a doctor for this dizziness. I am praying that I get the help I need before something irreversible happens to my health.

Thank you,

Lea Anne Rhyne SS# 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
Pastor Vance Alan Rhyne Rep# 273425

5